UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>            Plaintiff,<br>    v.<br><br>SUMMIT CLASSICAL<br>CHRISTIAN SCHOOL,<br><br>            Defendant. | CASE NO. C23-1368JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Myriam Zayas's "reply" to the court's May 6, 2024 order, in which the court denied Ms. Zayas's motion for a refund of her district and appellate court filing fees. (Reply (Dkt. # 16); *see also* 5/6/24 Order (Dkt. # 15); 4/22/24 Mot. (Dkt. # 14).) Specifically, the court concluded Ms. Zayas did not actually pay the district court filing fee because she proceeded *in forma pauperis*, and that she was not entitled to a refund of the appellate court filing fee based on a mere "change of heart." (5/6/24 Order at 1-2.)

ORDER - 1

The court construes the instant filing as a motion for reconsideration, and denies the same. Motions for reconsideration must "be filed within fourteen days after the order to which it relates is filed." Local Rules W.D. Wash. LCR 7(h)(2). In general, "[m]otions for reconsideration are disfavored," and the court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.* LCR 7(h)(1). "Reconsideration is an extraordinary remedy," and the moving party bears a "heavy burden." *Kona Enters., Inc. v. Est. of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000).

Ms. Zayas filed her July 5, 2024 motion well beyond the time limits imposed by this District's Local Rules. Moreover, the motion lacks merit. Ms. Zayas identifies neither manifest error in the court's prior order, nor facts or legal authority which could not have been brought to the court's attention earlier with reasonable diligence. (*See generally* Reply.) The motion is therefore DENIED (Dkt. # 16).

Ms. Zayas is warned that if she continues to file meritless motions in this closed case, the court will direct the Clerk to refuse any and all of her future filings in this matter.

Dated this 9th day of July, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2